United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    BOARD OF TRUSTEES OF THE                    Case No.  22-cv-05655-HSG
     LABORERS HEALTH AND WELFARE
     TRUST FUND FOR NORTHERN
8    CALIFORNIA, et al.,                         **ORDER ADOPTING MAGISTRATE
                                                 JUDGE'S REPORT AND
9              Plaintiffs,                        RECOMMENDATION REGARDING
                                                 MOTION FOR DEFAULT JUDGMENT**
10        v.
                                                 Re: Dkt. Nos. 33, 24
11   ANA FARIAS,

12             Defendant.

13        The Court has reviewed Magistrate Judge Tse's Report and Recommendation Re Motion

14   for Default Judgment.  The time for objections has passed and none were filed.  The Court finds

15   the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

16        IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The

17   Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

18   The Court will issue the requested injunction in accordance with the Report and Recommendation.

19        **IT IS SO ORDERED.**

20   Dated: 8/4/2023

21

22

23        HAYWOOD S. GILLIAM, JR.
          United States District Judge

24

25

26

27

28